**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Joseph DERROW, Defendant–Appellant.**

**No. 05–41117. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Aug. 28, 2006.

Michael Joseph Derrow, Beaumont, TX, pro se.

John Malcolm Bales, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Lufkin, TX, for Plaintiff–Appellee.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Michael Joseph Derrow, federal inmate # 03199–286, was convicted of conspiracy

---

to possess and possession with intent to distribute crack cocaine. Derrow seeks a certificate of appealability (COA) to appeal the district court's order that transferred his 28 U.S.C. § 2255 motion to this court as an unauthorized successive § 2255 motion.

We must examine the basis of our jurisdiction on our own motion if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). An order transferring a successive § 2255 motion to the court of appeals is a nonappealable interlocutory order. *Brinar v. Williamson,* 245 F.3d 515, 516–18 (5th Cir.2001). This court is without jurisdiction to consider Derrow's case. *See id.* Accordingly, the appeal is dismissed for lack of jurisdiction. Derrow's motions for a COA and for leave to proceed in forma pauperis are denied.

APPEAL DISMISSED FOR LACK OF JURISDICTION; MOTIONS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.